# Schlacter & Associates

*Attorneys at Law*

450 Seventh Avenue
New York, NY 10123

Telephone (212) 695-2000
Telecopier (212) 629-5825

TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
(201) 342-0999
FAX: (201) 487-1301

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

**MEMO ENDORSED**

October 3, 2007

By Fax 212 805-7949

The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: Conference adjourned from October 5 to 11/2/07 at 10:45am. SO ORDERED. P. Kevin Castel USDJ 10-3-07]*

Re: Cameron Industries v. Larry Hansel Clothing
07 Civ. 7132

Dear Judge Castel:

Our firm represents the plaintiff in this matter, which is on for an initial conference for October 5th.

The parties are presently speaking among themselves in an effort to resolve this matter. In addition, defendants' counsel is located in Los Angeles.

As a result, it is respectfully requested that the conference be adjourned for two or three weeks, to allow the parties to continue to try to resolve the dispute. This request is on consent of all parties.

Thank you for your consideration.

Respectfully,

JED R. SCHLACTER

JRS/srj
cc: Jeffrey Kapor, Esq. - By Fax 213 630-5663