# MEMO ENDORSED

**Schlacter & Associates**

*Attorneys at Law*

450 Seventh Avenue
New York, NY 10123

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE
TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL (201) 342-0999
FAX (201) 487-1301

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/07

November 1, 2007

By Fax 212 805-7949

The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

Re: Cameron Industries v. Larry Hansel Clothing
07 Civ. 7132

Dear Judge Castel:

Our firm represents the plaintiff in this matter. A first conference is scheduled for tomorrow, November 2, 2007 (which had been postponed from October 5th).

This letter is submitted in order to request one further postponement of the initial conference. The parties have continued to discuss resolution of this matter among themselves, and the defendant has forwarded certain documents to my client to assist in trying to resolve the matter. In addition, since the parties are still communicating among themselves, the defendant's attorney is located in California and defendant has not yet retained New York counsel.

Therefore, with the consent of the clients and California counsel, this request is made to adjourn the initial conference for another brief period to allow the parties to resolve the case. If at that time a resolution has not been finalized, then the parties will go forward with this litigation and the conference. It is therefore requested that a new date of November 20 or 21 be set for the conference.

I apologize for this short notice, but hope that the Court will accept this request.

Thank you for your consideration.

Respectfully,

JED R. SCHLACTER

JRS/srj
cc: Jeffrey Kapor, Esq. - By Fax 213 630-5663

*[Handwritten endorsement: Conference adjourned from November 2 to November 20, 2007 at 9:30 a.m. SO ORDERED. /s/ USDJ 11-1-07]*