# Schlacter & Associates

*Attorneys at Law*
**450 Seventh Avenue**
*New York, NY 10123*

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE
TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301

**MEMO ENDORSED**

By Fax 212 805-7949

The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

Re:  Cameron Industries v. Larry Hansel Clothing
     07 Civ. 7132

Dear Judge Castel:

Our firm represents the plaintiff in this matter. A conference is scheduled for tomorrow, November 20, 2007.

I am pleased to report that the parties have arrived at a settlement in principal, subject to drawing up and signing the settlement papers.

It is therefore requested that the conference scheduled for tomorrow be adjourned for a period of three weeks (as a control date) to allow the parties to draft, circulate, sign and file the appropriate settlement documents.

Thank you for your consideration.

Respectfully,

JED R. SCHLACTER

JRS/srj
cc:  Jeffrey Kapor, Esq. - By Fax 213 630-5663

*[Handwritten endorsement:]* Conference adjourned from November 20 to December 19, 2007 at 10:45 in contemplation of settlement.
SO ORDERED
[signature] USDJ
11-19-07