UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAMERON INDUSTRIES, INC.,  :  07 Civ. 7132 (Castel)

        Plaintiff,  :

    -against-  :

LARRY HANSEL CLOTHING, LLC and
RAMPAGE CLOTHING COMPANY,  :

        Defendants.  :
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

## STIPULATION AND ORDER
## OF DISCONTINUANCE

Plaintiff, having filed its Complaint charging defendants with copyright infringement, and defendants having denied the allegations of the Complaint, and the parties being desirous of settling the controversy among them, it is

ORDERED, ADJUDGED and DECREED among the parties hereto as follows:

1. This Court has jurisdiction over the subject matter of this action under the provisions of the Copyright Laws, Title 17 of the United States Code, and this Court has personal jurisdiction over the parties to this action.

2. Plaintiff is the owner of valid and subsisting copyrights in the fabric designs identified as Pattern Nos. 1074 and 1117 registered in the United States Copyright Office under Certificates of Copyright Registration Nos. VA 1-409-067 and VA 1-409-070.

3. The parties hereto having entered into a separate Settlement Agreement, this action is discontinued, with prejudice subject to Paragraph 4 below, without an award of costs, profits, damages or attorneys' fees.

4.      This Court shall retain jurisdiction over this matter for the purposes of enforcement of the Settlement Agreement entered into by the parties hereto.

_____
U.S.D.J.

Dated: New York, New York
       ~~December~~         , 2007
       March 4, 2008

Order-Cameron-Hansel

## CONSENTS

The undersigned hereby consent to the entry of the foregoing Final Judgment.

CAMERON INDUSTRIES, INC.

Dated: 2/29/08    By: _____
                       Soheil Khayyam, Pres.

SCHLACTER & ASSOCIATES
Attorneys for Plaintiff

Dated: 2/29/08    By: _____
                       Jed R. Schlacter (JRS 4874)

LARRY HANSEL CLOTHING LLC/
RAMPAGE CLOTHING COMPANY

Dated: 12/31/07    By: _____
                        Larry Hansel, Member

Order-Cameron-Hansel